UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:22-cv-01165-SDM-AEP

LINDA ANNA RUBINO,
An Individual,

    Plaintiff,

v.

BRANDON AUTOMOTIVE MANAGEMENT LLC d/b/a
BRANDON HONDA,
a Florida limited liability company,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Linda Rubino, through undersigned counsel, hereby notifies the Court that a settlement has been reached as to Defendant. Plaintiff asks the Court to retain jurisdiction and anticipates filing a stipulation for dismissal with prejudice within (30) days.

Dated: June 24, 2022

Respectfully submitted,

*/s/ Darren R. Newhart*
Darren R. Newhart, Esq.
FL Bar No: 0115546
E-mail: darren@newhartlegal.com
NEWHART LEGAL, P.A.
14611 Southern Blvd. Suite 1351
Loxahatchee, FL 33470
Telephone: (561) 331-1806
Facsimile: (561) 473-2946

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on June 24, 2022, via the Clerk of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to all counsel on the service list below.

*/s/ Darren R. Newhart*
Darren R. Newhart, Esq.

## SERVICE LIST

All counsel of record.